IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRIAN LOVE,
    Plaintiff

    v.

DCP COUNTY DETERMINT PRISON, *et al.*,
    Defendants

Civil No. 3:16-cv-452

(Judge Mariani)

## ORDER

**AND NOW**, this 31st day of March, 2016, in accordance with the Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 2) to proceed *in forma pauperis* is **GRANTED** for the sole purpose of the filing of this action.

2. The complaint (Doc. 1) is **DISMISSED** pursuant to 28 U.S.C. § 1915 (e)(2)(B)(i).

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this Order is **DEEMED** frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge